**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Stanley HICKMAN, Defendant—Appellant.**

No. 11–6484.

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2011.

Decided: July 26, 2011.

Stanley Hickman, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Hickman appeals the district court's order denying his "Motion Nunc Pro Tunc for Review of Sentence." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hickman,* No. 5:93–cr–00144–BO–3, 2011 WL 284169 (E.D.N.C. Jan. 25, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*